**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Miriam PEDRO, a.k.a. Choco,**
**Defendant–Appellant.**

No. 11–12073.

United States Court of Appeals,
Eleventh Circuit.

March 20, 2012.

Wifredo A. Ferrer, Sean Thomas McLaughlin, Maria Kostantina Medetis, Karen E. Moore, Timothy Michael Moore, Anne R. Schultz, Emily M. Smachetti, U.S. Attorney, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Thomas John Butler, Thomas Butler, PA, Miami Beach, FL, for Defendant–Appellant.

Before CARNES, BARKETT and ANDERSON, Circuit Judges

Thomas John Butler, appointed counsel for Miriam Pedro in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Pedro's conviction and sentence are **AFFIRMED.**